UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKI PIONTEK | : CIVIL ACTION |
| VS. | : NO. 1:08-CV-1207 |
| I.C. SYSTEM | : |

**DEFENDANT I.C. SYSTEM'S REPLY TO PLAINTIFF'S**
**MOTION TO FILE A SECOND AMENED (sp) COMPLAINT**

1-5. Defendant, I.C. System, does not have any objection to Plaintiff filing a second Amened (sp) Complaint as attached to the Motion.

MARGOLIS EDELSTEIN

BY: _____
WALTER J. TIMBY, III, ESQUIRE
Attorney for Defendant, I.C. System
Attorney I.D. No. 23894
The Curtis Center, 4th Floor
Independence Square West
Philadelphia, PA  19106
(215) 931-5828

## CERTIFICATE OF SERVICE

I, WALTER J. TIMBY, III, ESQUIRE, hereby certify that a true and correct copy of Defendant's Reply to Plaintiff's Motion to File Second Amened (sp) Complaint, was sent to all parties, via electronic mail, on September 22, 2008.

Vicki Piontek
951 Allentown Road
Lansdale, PA  19446

                      MARGOLIS EDELSTEIN

BY: _____
                      WALTER J. TIMBY, III, ESQUIRE
                      Attorney for Defendant, I.C. System
                      Attorney I.D. No. 23894
                      The Curtis Center, 4th Floor
                      Independence Square West
                      Philadelphia, PA  19106
                      (215) 931-5828